FILED
2021 Jun-15 PM 01:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTH EASTERN DIVISION

| | |
|---|---|
| TUCKER OLIVER, SARAH ARIADUO, MICHELLE WELCHER, LASHONDA WALTERS-KAYODE, SCOTT LUCAS, KENNETH KANSKY, DENISE COSPER, DONALD HACKMAN, JIM CUMMINGS, DAVID DINKEVICH, RICHARD STEIN, and CAROL BUTLER, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-00666-MHH<br><br>Judge Madeline H. Haikala |
| Plaintiffs, | |
| v. | |
| HONDA MOTOR COMPANY LIMITED, AMERICAN HONDA MOTOR CO., INC., DENSO CORPORATION, and DENSO INTERNATIONAL AMERICA, INC., | |
| Defendants. | |

**DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND PRUDENTIAL MOOTNESS**

## DENSO INTERNATIONAL AMERICA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND PRUDENTIAL MOOTNESS

Denso International America, Inc., ("DIAM") moves to dismiss the Consolidated Amended Class Action Complaint. Doc. 57. This Court should dismiss that complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Plaintiffs have "fail[ed] to state a claim upon which relief can be granted." It should also dismiss that complaint under Rule 12(b)(1) because Plaintiffs' claims against DIAM are prudentially moot.

Pursuant to this Court's initial order, DIAM states that it conferred with counsel for the Plaintiffs and the parties were unable to reach an agreement. Doc. 1 at 3–4.

For the reasons stated in its contemporaneously filed brief, DIAM respectfully requests that the Court grant its Motion and dismiss all claims against it.

Dated: June 15, 2021

/s/ John Earnhardt
John Earnhardt
Lee Bains
Carmen Chambers
Mary K. Mangan
**MAYNARD COOPER & GALE**
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
Telephone: (205) 254-1000
jearnhardt@maynardcooper.com
lbains@maynardcooper.com
cchambers@maynardcooper.com
mmangan@maynardcooper.com

/s/ *Daniel R.W. Rustmann*
Daniel R.W. Rustmann (*pro hac vice*)
**BUTZEL LONG, P.C.**
150 West Jefferson Avenue, Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000
rustmann@butzel.com

Sheldon H. Klein (*pro hac vice*)
**BUTZEL LONG, P.C.**
41000 Woodward Avenue
Stoneridge West Building
Bloomfield Hills, MI 48304
Telephone: (248) 258-1414
klein@butzel.com

*Counsel for Denso International America, Inc.*

2